# EXHIBIT F

## Claim Chart for U.S. Patent No. 10,142,270
## **Exhibit F**

| **Claim Limitation** | **Exemplary Evidence** |
|---|---|
| [34pre] 34. A video communication method, comprising: | Google provides a video communication method.<br><br>For example, Google operates YouTube and YouTube Live, which allow creators to reach and interact with their community in real time, via "webcam, mobile, encoder, and console."<br><br>*Source*: https://support.google.com/youtube/answer/2474026<br><br>*Source*: https://developers.google.com/youtube/v3/live/life-of-a-broadcast<br><br>*Source*: https://support.google.com/youtube/answer/15270973<br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#youtube-live<br><br>![YouTube Live Streaming & Premieres product features page showing Overview, YouTube Live, YouTube Premieres, Live chat moderation tools, Monetization, Discovering live content. Text: "Every day, people from around the world come to YouTube to experience the world's biggest cultural moments. Whether hosting a live charity event, a town hall or a press conference about breaking news, YouTube Live and Premieres allow Creators to bring viewers together in real-time to learn, discuss and to form new social communities."]<br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/ |

1

## Claim Chart for U.S. Patent No. 10,142,270
### Exhibit F

| | |
|---|---|
| |  Our browsing destination YouTube Live is where viewers can always find the most compelling live events happening on YouTube. Viewers can also subscribe to their favorite YouTube live-streaming channels to be notified of upcoming live streams and Premieres.<br><br>**Discover YouTube Live:** The Live destination gives viewers access to live streams for some popular content categories like Gaming, Music, Fashion & Beauty, Learning and more – all in one place.<br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#discovering-live-content |

2

**Claim Chart for U.S. Patent No. 10,142,270**
**Exhibit F**



*Source*: https://support.google.com/youtube/answer/9228389

3

Claim Chart for U.S. Patent No. 10,142,270
**Exhibit F**



*Source*: YouTube App iOS App Store.

4

## Claim Chart for U.S. Patent No. 10,142,270
### Exhibit F

| | |
|---|---|
| [34a] receiving an identifier associated with a video communication transmitted by a sending communication device over a network, the identifier identifying a recipient of the video communication; | Google receives an identifier associated with a video communication transmitted by a sending communication device over a network, the identifier identifying a recipient of the video communication.<br><br>For example, YouTube Live receives—from over a network such as the Internet and from users of various device types (*e.g.*, mobile, tablet, laptop, desktop) and operating systems (*e.g.*, iOS, Android, Mac, Windows)—video content and information about users or groups of users (*e.g.*, a sending user's followers/subscribers/other identified users) that can view a YouTube Live stream from a sending device.<br><br><br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#youtube-live |

5

**Claim Chart for U.S. Patent No. 10,142,270**
**Exhibit F**



*Source*: https://support.google.com/youtube/answer/9228389

6



*Source:*
https://www.youtube.com/watch?v=vEldXEcAbE0&list=PLpjK416fmKwT_ZFFR7t6w1X7CQb1-GTR8 (YouTube Creators Official YouTube Page)

## Claim Chart for U.S. Patent No. 10,142,270
### Exhibit F

| | |
|---|---|
| | <br><br>*Source*: https://support.google.com/youtube/answer/157177 |
| [34b] ascertaining, in response to receipt of the identifier, a location on the network for a second communication device associated with the recipient and connected to the network; | Google ascertains, in response to receipt of the identifier, a location on the network for a second communication device associated with the recipient and connected to the network.<br><br>For example, using the identifier (*e.g.*, a sending user's followers/subscribers/other identified users), YouTube Live ascertains a location on the network (*e.g.*, an IP address) of devices associated with identified users or groups of users through, *e.g.*, YouTube Live's prior knowledge of that location or through YouTube Live learning of that location, such as based on a user of the recipient device responding to a notification about a stream. |

8

Claim Chart for U.S. Patent No. 10,142,270
**Exhibit F**

|  | ### Understanding the basics of privacy on YouTube apps

Keeping you safe online is core to everything we do - it is our commitment to be transparent about the data we use while giving you choice and control over it.

The data you provide to Google and YouTube helps us improve your experience when using our services. You can control your YouTube privacy settings by visiting Your Data in YouTube or your Google Account.

How YouTube may use data linked to your account

How YouTube may use aggregated data

How YouTube helps you control your privacy and security

How YouTube may use your search and watch history, and how you can control it

How YouTube uses your location data

YouTube may use location information such as your current general area, estimated from your IP address, to show you locally relevant content recommendations. Additionally, if you choose to upload videos, your location information, such as your general area when you upload a video, or the location with which you have tagged the video may also be used to recommend your content to locally relevant audiences.

A *general area* is larger than 3 sq km and it has at least 1,000 users. The *general area* of your search does not identify you. Instead, a *general area* helps protect your privacy and it's typically much larger than 3 sq km outside of cities.

**How YouTube estimates your location**

- **Home or work addresses:** If you set your home or work addresses, they may be used to estimate your location when it's likely that you're at one of these places. You can change your home and work locations.
- **IP address:** An IP address, also called Internet address, is assigned to your device by your Internet Service Provider. It's a requirement to use the internet. IP addresses are used to make the connection between your device and the websites and services you use. IP addresses are roughly based on geography. This means that any website you use, including youtube.com, may get some information about your general area.

**Important:** The Internet doesn't work without IP addresses. When you use sites, apps, or services like Google, they can usually detect some information about your location.

You can learn more about how location is used across Google, including to show you more useful ads on YouTube. Also, visit Your data in YouTube to learn how YouTube specifically uses your location data.

*Source*: https://support.google.com/youtube/answer/10364219?hl=en#zippy=%2Chow-youtube-uses-your-location-data |

9

**Claim Chart for U.S. Patent No. 10,142,270**
**Exhibit F**



*Source*: https://support.google.com/youtube/answer/3382248

**Claim Chart for U.S. Patent No. 10,142,270**
**Exhibit F**

| | |
|---|---|
| | On information and belief, exemplary ways that YouTube Live collects various YouTube Live user data, including device information like MAC address, IP address, WiFi information, and Bluetooth signals, is through collecting such data when users (such as the recipient device user and other device users) install the YouTube application on their devices, use YouTube Live on their devices, and when recipient users respond to notifications about streams they have access to. |
| [34c] receiving the video communication from the sending communication device independently of the location for the second communication device being ascertained; | Google receives the video communication from the sending communication device independently of the location for the second communication device being ascertained.<br><br>For example, YouTube Live receives the video communication from the sending device independently of whether the second device or other devices have had their locations ascertained. This can be seen through a sending user's ability to create and start a YouTube Live stream with video before the second device is located/notified of/joins the YouTube Live stream. |

11

Claim Chart for U.S. Patent No. 10,142,270
**Exhibit F**

|  |  *Source:* https://strangershow.com/youtube-live-stream/ (1:03 into video) |
|---|---|
| [34d] storing the video communication; and | Google stores the video communication.<br><br>For example, YouTube Live permits storage of YouTube Live content, including through archived storage and on CDNs. |

**Claim Chart for U.S. Patent No. 10,142,270**
**Exhibit F**



*Source*: https://support.google.com/youtube/answer/6247592

*Source*: https://www.networkworld.com/article/970992/google-cloud-launches-media-cdn-based-on-youtube-s-network.html

13

Claim Chart for U.S. Patent No. 10,142,270
<u>Exhibit F</u>

|  | |
|---|---|
| | <br><br>Fig. 1. High-level overview of YouTube video streaming<br><br>*Source*: https://blog.cubieserver.de/2020/investigations-into-video-streaming/report1-analysis-of-youtube-cdn.pdf<br><br>*See also* https://cloud.google.com/cdn?hl=en |
| [34e] delivering portions of the video communication over the network to the second communication device using the location, the delivery enabling the video communication to be at least partially rendered at the second communication device while the video communication is | Google delivers portions of the video communication over the network to the second communication device using the location, the delivery enabling the video communication to be at least partially rendered at the second communication device while the video communication is transmitted by the sending communication device.<br><br>For example, YouTube Live delivers the sending device's video to the second or other devices at their location on the network (*e.g.*, IP address), and YouTube Live does so while the second and other devices are able to play the sending device's video and while the sending device continues to transmit additional video content to YouTube Live. |

14

| | |
|---|---|
| transmitted by the sending communication device, | <br><br>*Source*: https://support.google.com/youtube/answer/9228389 |
| [34f] wherein receiving the video communication from the sending communication device occurs without having to first establish an end-to-end connection over the network between the sending and the second communication device. | Google provides the above video communication method wherein receiving the video communication from the sending communication device occurs without having to first establish an end-to-end connection over the network between the sending and the second communication device.<br><br>For example, YouTube Live delivers a sending device's video content to other devices at their location on the network, and YouTube Live does so while the sending device continues to transmit additional video content to YouTube Live. As a further example, YouTube Live does not require an end-to-end connection. Instead the sending device and second or other devices are able to receive the video content through the YouTube Live architecture.<br><br>*Source*: https://support.google.com/youtube/answer/2474026 |

15

**Claim Chart for U.S. Patent No. 10,142,270**
**Exhibit F**

|  | *Source*: https://developers.google.com/youtube/v3/live/life-of-a-broadcast<br><br>*Source*: https://support.google.com/youtube/answer/15270973 |
|---|---|