# EXHIBIT G

# Claim Chart for U.S. Patent No. 10,511,557
## Exhibit G

| Claim Limitation | Exemplary Evidence |
|---|---|
| [1pre] 1: A method for operating a video message service infrastructure on a network, the method comprising: | Google operates a video message service infrastructure on a network.<br><br>For example, Google operates YouTube and YouTube Live, which allow creators to reach and interact with their community in real time, via "webcam, mobile, encoder, and console."<br><br>*Source*: https://support.google.com/youtube/answer/2474026<br><br>*Source*: https://developers.google.com/youtube/v3/live/life-of-a-broadcast<br><br>*Source*: https://support.google.com/youtube/answer/15270973<br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#youtube-live<br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/ |

1

**Claim Chart for U.S. Patent No. 10,511,557**
**Exhibit G**



*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#discovering-live-content

2

**Claim Chart for U.S. Patent No. 10,511,557**
**Exhibit G**



*Source*: https://support.google.com/youtube/answer/9228389

3

Claim Chart for U.S. Patent No. 10,511,557
**Exhibit G**

| | |
|---|---|
| | 

*Source*: YouTube App iOS App Store. |

4

Claim Chart for U.S. Patent No. 10,511,557
**Exhibit G**

| | |
|---|---|
| [1a] receiving, at the video message service infrastructure, a video message transmitted by a sending device, the video message containing video media, the video media being transmitted as the video media is created; | Google receives, at the video message service infrastructure, a video message transmitted by a sending device, the video message containing video media, the video media being transmitted as the video media is created.<br><br>For example, YouTube Live receives—from over a network such as the Internet and from users of various device types (*e.g.*, mobile, tablet, laptop, desktop) and operating systems (*e.g.*, iOS, Android, Mac, Windows)—video content and information from a sending device. YouTube Live delivers the sending device's video content to other devices at their location on the network, and YouTube Live does so while the sending device continues to create and transmit additional video content to YouTube Live.<br><br><br><br>*Source*: https://support.google.com/youtube/answer/9228389 |

**Claim Chart for U.S. Patent No. 10,511,557**
**Exhibit G**



*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#youtube-live

6

Claim Chart for U.S. Patent No. 10,511,557
**Exhibit G**

| | |
|---|---|
| | 1. Make sure that you've enabled your channel for live streaming. Webcam streaming is compatible with Chrome 60+ and Firefox 53+.<br>2. Sign in to YouTube.<br>3. In the upper right, click Create ⊕ > **Go Live**.<br>4. From the left, select **Webcam**.<br>5. Enter a **title** and **description**, and select a **privacy setting**. You can also schedule your live stream for a later date.<br>   • For users aged 13–17 on YouTube, your default privacy setting is set to **private**. If you're 18 or over, your default privacy setting is set to **public**. All streamers can change this setting to make their live stream public, private, or unlisted.<br>6. Click **More options** > **Advanced Settings** for more settings.<br>7. Click **Next**. Your camera will then take a thumbnail.<br>8. Make sure you've chosen the correct webcam and microphone.<br>9. Click **Go Live**.<br>10. To manage your stream, like add tags, change monetization and chat settings, and more, click **Edit**. You can change these settings at any time, whether your stream is live or not.<br>11. When you're done streaming, click **End Stream** at the bottom. All streams under 12 hours will be automatically archived. You can access previous, current, and upcoming streams in the Live Tab.<br><br>*Source*: https://support.google.com/youtube/answer/9228389 |
| [1b] generating, by the video message service infrastructure, two or more degraded versions of the video media of the video message, where each of the two or more degraded versions is created by degrading the quality of the video media by a different amount; | Google generates, by the video message service infrastructure, two or more degraded versions of the video media of the video message, where each of the two or more degraded versions is created by degrading the quality of the video media by a different amount.<br><br>For example, YouTube Live uses Adaptive Bit Rate (ABR) streaming. Using ABR, with multiple recipients having varying network connections, two or more degraded versions, varying by different quality levels, of the video content are created by YouTube Live.<br><br>> Have you ever been on YouTube, you start a video and the quality starts off all poor e.g. 240p (shout out to my 240p crew), however as the video progresses it claws its way up to perhaps 720p or better? This phenomenon is known as adaptive bitrate streaming (ABS) and is used to offer an optimal user experience based on the quality of your network speeds. YouTube knows that stopping a video and reloading is not only frustrating, but it can lead to users exiting the app. So they are ready to sacrifice some quality for sustained engagement. |

7

| | *Source:* https://medium.com/@martinomburajr/how-youtube-handles-streaming-4-000-000-000-daily-videos-without-a-hitch-8542741e957a  Design Youtube Streaming | High Level Design **Video Streaming on YouTube** YouTube's streaming technology is sophisticatedly adaptive, meaning it automatically adjusts the quality of the video based on the viewer's current internet speed and device performance. This adaptability is essential to provide a buffer-free experience across various devices, from smartphones to desktop computers. This system employs complex algorithms to ensure efficient data buffering and playback, enabling users to enjoy their viewing experience with minimal interruptions.  Adoptive bitrate streaming |
|---|---|

# Claim Chart for U.S. Patent No. 10,511,557
## Exhibit G

|  | **How YouTube's Transcoding System Works**<br><br>When a video is uploaded to YouTube, it undergoes a complex process of analysis and transformation. The original file is first analyzed for its format, resolution, bitrate, and other technical specifications. Based on this analysis, the transcoding system decides how to best convert the video for optimal streaming. The transcoding process involves several steps:<br><br>1. **Resolution and Bitrate Adjustment:** Videos are transcoded into multiple resolutions and bitrates. This includes creating lower-resolution versions for users on slower internet connections and higher-resolution versions for those with faster connections and more capable devices. For instance, a single video may be available in 360p, 720p, 1080p, and even 4K resolutions, each with appropriate bitrates.<br><br>2. **Format Conversion:** YouTube's transcoding system converts videos into formats that are broadly compatible and efficient for streaming. The widely used formats include H.264, VP9, and more recently, AV1. These codecs are known for their ability to compress video data effectively without significant loss in quality, making them ideal for internet streaming.<br><br>3. **Adaptive Streaming Preparation:** Transcoding prepares videos for adaptive bitrate streaming, a technology that allows the streaming quality to adjust in real-time based on the viewer's internet speed. This is achieved by segmenting the video into small chunks, each encoded at different quality levels.<br><br>*Source*: https://medium.com/@eugene-s/design-youtube-streaming-video-transcoding-b45aa8447851 |
|---|---|

Claim Chart for U.S. Patent No. 10,511,557
<u>Exhibit G</u>

> **Does YouTube use adaptive streaming?**
>
> YouTube live streaming does use adaptive streaming on its platform utilizing **MPEG-DASH**. This helps optimize the delivery of the content to users in addition to providing viewers with the best experience possible, regardless of which device they are using.

*Source*: https://www.streamingvideoprovider.com/live-streaming-platform/adaptive-bitrate-streaming/

As further example, YouTube Live permits storage of YouTube Live content, including through archived storage and on CDNs.

**Archive live streams**

If your live stream is less than 12 hours, YouTube can automatically archive it for you. This option applies to all types of live streams, including: encoder, webcam, and mobile. YouTube will also automatically archive streams of 1440p and 2160p (4K) video resolution. We recommend recording a local archive as a backup. You can create highlight clips while your stream is still live.

Note: If your stream exceeds 12 hours, it may not be captured at all.

**Archive settings**

1. Go to YouTube Studio.
2. From the left menu, select **Content**.
3. Click the **Live** tab.
4. Select detail on the video you would like to change.
   - **To change your privacy setting:** Select Visibility. Once you've made your selection, click **Done**.
   - **To delete the video:** In the upper right hand corner, click More > **Delete**. In the pop up that appears, confirm that you would like to delete the video. Then, click the **Delete forever** button.
5. Click **Save**.

Note: On mobile live, you can edit privacy settings—including setting it to private—or delete the archive on the "My videos" page.

After your mobile live stream ends, you can edit privacy settings—including setting it to private—or delete the archive on the "My videos" page.

Note: You can also change the privacy of any live stream archive using the Content page.

*Source*: https://support.google.com/youtube/answer/6247592

10

Claim Chart for U.S. Patent No. 10,511,557
**Exhibit G**



*Source:* https://www.networkworld.com/article/970992/google-cloud-launches-media-cdn-based-on-youtube-s-network.html

*Source*: https://blog.cubieserver.de/2020/investigations-into-video-streaming/report1-analysis-of-youtube-cdn.pdf

*See also* https://cloud.google.com/cdn?hl=en

11

Claim Chart for U.S. Patent No. 10,511,557
**Exhibit G**

| | |
|---|---|
| [1c] selecting one of the degraded versions of the video media based on an ascertained bandwidth on the network for delivering the video media from the video message service infrastructure to a recipient device on the network; and | Google selects one of the degraded versions of the video media based on an ascertained bandwidth on the network for delivering the video media from the video message service infrastructure to a recipient device on the network.<br><br>For example, while using ABR streaming, the bandwidth on a given network connection is monitored. As conditions worsen, the quality level is reduced by transmitting fewer bits representative of the media. If the network improves, then more bits are used. With multiple recipients having varying network connections, the bandwidth on each connection is continually monitored and the ABR is continually adjusted to meet changing network conditions. With this arrangement, one degraded version, selected from among potentially many degraded versions, is selected by YouTube Live and adjusted "on the fly" for each network connection to a given recipient.<br><br>  As time progresses, if the bandwidth increases, YouTube can send a high-bitrate stream i.e. a higher quality video, as network congestion increases e.g. your little brother has decided to download an entire Fortnite DLC, YouTube server responds to this by reducing the bitrate of the video being sent.<br><br>*Source:* https://medium.com/@martinomburajr/how-youtube-handles-streaming-4-000-000-000-daily-videos-without-a-hitch-8542741e957a |

12

**Claim Chart for U.S. Patent No. 10,511,557**
**Exhibit G**



Design Youtube Streaming | High Level Design

**Video Streaming on YouTube**

YouTube's streaming technology is sophisticatedly adaptive, meaning it automatically adjusts the quality of the video based on the viewer's current internet speed and device performance. This adaptability is essential to provide a buffer-free experience across various devices, from smartphones to desktop computers. This system employs complex algorithms to ensure efficient data buffering and playback, enabling users to enjoy their viewing experience with minimal interruptions.



Adoptive bitrate streaming

13

## Claim Chart for U.S. Patent No. 10,511,557
### Exhibit G

|  | **How YouTube's Transcoding System Works**<br><br>When a video is uploaded to YouTube, it undergoes a complex process of analysis and transformation. The original file is first analyzed for its format, resolution, bitrate, and other technical specifications. Based on this analysis, the transcoding system decides how to best convert the video for optimal streaming. The transcoding process involves several steps:<br><br>1. **Resolution and Bitrate Adjustment:** Videos are transcoded into multiple resolutions and bitrates. This includes creating lower-resolution versions for users on slower internet connections and higher-resolution versions for those with faster connections and more capable devices. For instance, a single video may be available in 360p, 720p, 1080p, and even 4K resolutions, each with appropriate bitrates.<br><br>2. **Format Conversion:** YouTube's transcoding system converts videos into formats that are broadly compatible and efficient for streaming. The widely used formats include H.264, VP9, and more recently, AV1. These codecs are known for their ability to compress video data effectively without significant loss in quality, making them ideal for internet streaming.<br><br>3. **Adaptive Streaming Preparation:** Transcoding prepares videos for adaptive bitrate streaming, a technology that allows the streaming quality to adjust in real-time based on the viewer's internet speed. This is achieved by segmenting the video into small chunks, each encoded at different quality levels.<br><br>*Source*: https://medium.com/@eugene-s/design-youtube-streaming-video-transcoding-b45aa8447851 |
|---|---|

Claim Chart for U.S. Patent No. 10,511,557
**Exhibit G**

|  | |
|---|---|
|  | **Does YouTube use adaptive streaming?**<br><br>YouTube live streaming does use adaptive streaming on its platform utilizing **MPEG-DASH**. This helps optimize the delivery of the content to users in addition to providing viewers with the best experience possible, regardless of which device they are using.<br><br>*Source:* https://www.streamingvideoprovider.com/live-streaming-platform/adaptive-bitrate-streaming/ |
| [1d] transmitting the selected degraded version of the video media from the video message service infrastructure to the recipient device so that the recipient device can render at least a portion of the video media on the recipient device, | Google transmits the selected degraded version of the video media from the video message service infrastructure to the recipient device so that the recipient device can render at least a portion of the video media on the recipient device.<br><br>For example, while using ABR streaming, the ability for recipients to render the video media of the video message "live" is enhanced, particularly when conditions on their network connection are poor. Regardless of the conditions on the network connection for a given recipient, the rendering of the live video content occurs without having to first establish an end-to-end connection over the network between the sending device and the recipient device before the sending device begins to transmit the video content of the video message. On the sending device, transmission of the video begins as soon as the sending device begins streaming. As the live streaming begins by the sending device, the stream is transmitted to the YouTube Live video message service infrastructure. In turn, the video stream is transmitted by the YouTube Live video message service infrastructure to the recipient device(s) that have positively responded to a notice/joined the stream. For each recipient, ABR streaming is used. With this arrangement, the recipient communication device(s) render at least portions of the video media of the video message. While using ABR streaming, the ability for recipients to render the video media, over varying network connections, is enhanced. |

**Claim Chart for U.S. Patent No. 10,511,557**
**Exhibit G**



Design Youtube Streaming | High Level Design

**Video Streaming on YouTube**

YouTube's streaming technology is sophisticatedly adaptive, meaning it automatically adjusts the quality of the video based on the viewer's current internet speed and device performance. This adaptability is essential to provide a buffer-free experience across various devices, from smartphones to desktop computers. This system employs complex algorithms to ensure efficient data buffering and playback, enabling users to enjoy their viewing experience with minimal interruptions.



Adoptive bitrate streaming

16

## Claim Chart for U.S. Patent No. 10,511,557
### **Exhibit G**

|  | **How YouTube's Transcoding System Works** <br><br> When a video is uploaded to YouTube, it undergoes a complex process of analysis and transformation. The original file is first analyzed for its format, resolution, bitrate, and other technical specifications. Based on this analysis, the transcoding system decides how to best convert the video for optimal streaming. The transcoding process involves several steps: <br><br> 1. **Resolution and Bitrate Adjustment:** Videos are transcoded into multiple resolutions and bitrates. This includes creating lower-resolution versions for users on slower internet connections and higher-resolution versions for those with faster connections and more capable devices. For instance, a single video may be available in 360p, 720p, 1080p, and even 4K resolutions, each with appropriate bitrates. <br><br> 2. **Format Conversion:** YouTube's transcoding system converts videos into formats that are broadly compatible and efficient for streaming. The widely used formats include H.264, VP9, and more recently, AV1. These codecs are known for their ability to compress video data effectively without significant loss in quality, making them ideal for internet streaming. <br><br> 3. **Adaptive Streaming Preparation:** Transcoding prepares videos for adaptive bitrate streaming, a technology that allows the streaming quality to adjust in real-time based on the viewer's internet speed. This is achieved by segmenting the video into small chunks, each encoded at different quality levels. <br><br> *Source*: https://medium.com/@eugene-s/design-youtube-streaming-video-transcoding-b45aa8447851 |
|---|---|

17

Claim Chart for U.S. Patent No. 10,511,557
**Exhibit G**

|  | |
|---|---|
| | **Does YouTube use adaptive streaming?**  —<br><br>YouTube live streaming does use adaptive streaming on its platform utilizing **MPEG-DASH**. This helps optimize the delivery of the content to users in addition to providing viewers with the best experience possible, regardless of which device they are using.<br><br>*Source*: https://www.streamingvideoprovider.com/live-streaming-platform/adaptive-bitrate-streaming/ |
| [1e] the video message service infrastructure operating so that the rendering occurs:<br>(i) while the video media of the video message is being created and transmitted over the network by the sending device; and<br>(ii) without having to first establish an end-to-end connection over the network between the sending device and the recipient device before the sending device begins to transmit the video media of the video message. | Google video message service infrastructure operates so that the rendering occurs: (i) while the video media of the video message is being created and transmitted over the network by the sending device; and (ii) without having to first establish an end-to-end connection over the network between the sending device and the recipient device before the sending device begins to transmit the video media of the video message.<br><br>For example, YouTube Live delivers a sending device's video content to recipient or other devices at their location on the network, and YouTube Live does so while the sending device continues to create and transmit additional video content to YouTube Live. As a further example, YouTube Live does not require an end-to-end connection. Instead, the sending device and recipient or other devices are able to receive the video content through the YouTube Live architecture.<br><br>*Source*: https://support.google.com/youtube/answer/2474026<br><br>*Source*: https://developers.google.com/youtube/v3/live/life-of-a-broadcast<br><br>*Source*: https://support.google.com/youtube/answer/15270973 |