# EXHIBIT H

## Claim Chart for U.S. Patent No. 11,146,516
### Exhibit H

| **Claim Limitation** | **Exemplary Evidence** |
|---|---|
| [1pre] 1: A method for operating a video message service infrastructure on a network, the method comprising: | Google provides a method for operating a video message service infrastructure on a network.<br><br>For example, Google operates YouTube and YouTube Live, which allow creators to reach and interact with their community in real time, via "webcam, mobile, encoder, and console."<br><br>*Source*: https://support.google.com/youtube/answer/2474026<br><br>*Source*: https://developers.google.com/youtube/v3/live/life-of-a-broadcast<br><br>*Source*: https://support.google.com/youtube/answer/15270973<br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#youtube-live<br><br>**PRODUCT FEATURES**<br><br>**YouTube Live Streaming & Premieres**<br><br>Overview<br>YouTube Live<br>YouTube Premieres<br>Live chat moderation tools<br>Monetization<br>Discovering live content<br><br>Every day, people from around the world come to YouTube to experience the world's biggest cultural moments. Whether hosting a live charity event, a town hall or a press conference about breaking news, YouTube Live and Premieres allow Creators to bring viewers together in real-time to learn, discuss and to form new social communities.<br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/ |

## Claim Chart for U.S. Patent No. 11,146,516
## **Exhibit H**

|  | Our browsing destination YouTube Live is where viewers can always find the most compelling live events happening on YouTube. Viewers can also subscribe to their favorite YouTube live-streaming channels to be notified of upcoming live streams and Premieres.  *Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#discovering-live-content |
|---|---|

2

**Claim Chart for U.S. Patent No. 11,146,516**
**Exhibit H**



*Source*: https://support.google.com/youtube/answer/9228389

3

Claim Chart for U.S. Patent No. 11,146,516
**Exhibit H**



*Source*: YouTube App iOS App Store.

4

Claim Chart for U.S. Patent No. 11,146,516
Exhibit H

| | |
|---|---|
| [1a] receiving, at the video message service infrastructure, a video message transmitted by a sending device, video media of the video message transmitted as the video media is created; | Google receives, at the video message service infrastructure, a video message transmitted by a sending device, video media of the video message transmitted as the video media is created.<br><br>For example, YouTube Live receives—from over a network such as the Internet and from users of various device types (*e.g.*, mobile, tablet, laptop, desktop) and operating systems (*e.g.*, iOS, Android, Mac, Windows)—video content from a sending device. YouTube Live delivers the video content to other devices at their location on the network, and YouTube Live does so while the sending device continues to create and transmit additional video content to YouTube Live.<br><br><br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#youtube-live |

5



*Source:* https://www.youtube.com/watch?v=vEldXEcAbE0&list=PLpjK416fmKwT_ZFFR7t6w1X7CQb1-GTR8 (YouTube Creators Official YouTube Page)

6

**Claim Chart for U.S. Patent No. 11,146,516**
**Exhibit H**

| | |
|---|---|
| |  *Source*: https://support.google.com/youtube/answer/9228389 |
| [1b] transmitting the video media of the video message from the video message service infrastructure to a recipient device so that a recipient can render at least a portion of the video media of the video message on the recipient device, | Google transmits the video media of the video message from the video message service infrastructure to a recipient device so that a recipient can render at least a portion of the video media of the video message on the recipient device.<br><br>For example, YouTube Live transmits the video content to a recipient device such that the recipient device can render the video content as it is received by the recipient device. |

7

Claim Chart for U.S. Patent No. 11,146,516
**Exhibit H**

| | |
|---|---|
| | **PRODUCT FEATURES**<br><br>**YouTube Live Streaming & Premieres**<br><br>Overview<br>**YouTube Live**<br>YouTube Premieres<br>Live chat moderation tools<br>Monetization<br>Discovering live content<br><br>YouTube Live is an easy way for Creators to reach their community in real time. Whether streaming an event, teaching a class, or hosting a workshop, YouTube has tools that will help manage live streams and interact with viewers in real time.<br><br>Creators can live stream on YouTube via webcam, mobile, and encoder streaming. Webcam and mobile are considered great options for beginners and allow Creators to go live quickly. Encoder streaming is ideal for more advanced live streams such as: sharing creator's screen or broadcast your gameplay, connecting to external audio and video hardware, and managing an advanced live stream production (like multiple cameras and microphones).<br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#youtube-live |

8



*Source:* https://www.youtube.com/watch?v=vEldXEcAbE0&list=PLpjK416fmKwT_ZFFR7t6w1X7CQb1-GTR8 (YouTube Creators Official YouTube Page)

9

Claim Chart for U.S. Patent No. 11,146,516
**Exhibit H**

|  | <br>*Source*: https://support.google.com/youtube/answer/9228389 |
|---|---|
| [1c] the video message service infrastructure operating so that the rendering occurring: (i) while the video media of the video message is being created and transmitted over the network by the sending device; and (ii) without having to first establish an end-to-end | Google video message service infrastructure operates so that the rendering occurs: (i) while the video media of the video message is being created and transmitted over the network by the sending device; and (ii) without having to first establish an end-to-end connection over the network between the sending device and the recipient device before the sending device begins to transmit the video media of the video message.<br><br>For example, YouTube Live delivers a sending device's video content to recipient or other devices at their location on the network (*e.g.*, IP address), and YouTube Live does so while the sending device continues to create and transmit additional video content to YouTube Live. As a further example, YouTube Live does not require an end-to-end connection. Instead, the sending device and recipient or other devices are able to receive the video content through the YouTube Live architecture. |

10

| | |
|---|---|
| connection over the network between the sending device and the recipient device before the sending device begins to transmit the video media of the video message, | *Source*: https://support.google.com/youtube/answer/2474026<br><br>*Source*: https://developers.google.com/youtube/v3/live/life-of-a-broadcast<br><br>*Source*: https://support.google.com/youtube/answer/15270973<br><br><br><br>*Source*: https://support.google.com/youtube/answer/9228389 |
| [1d] wherein the video media of the video message is segmented into a plurality of segments, the plurality of segments containing content of the | Google segments the video message into a plurality of segments, the plurality of segments containing content of the video media, the plurality of segments are received at the video message service infrastructure while streamed by the sending device, stored by the video message service infrastructure, and at least some of the segments are streamed to the recipient so that the recipient can render at least the portion of the video media of the video message on the recipient device while (i) is occurring and without first establish the end-to-end connection of (ii). |

11

Claim Chart for U.S. Patent No. 11,146,516
**Exhibit H**

| | |
|---|---|
| video media, the plurality of segments are received at the video message service infrastructure while streamed by the sending device, stored by the video message service infrastructure, and at least some of the segments are streamed to the recipient so that the recipient can render at least the portion of the video media of the video message on the recipient device while (i) is occurring and without first establish the end-to-end connection of (ii). | For example, once YouTube Live receives the video content from the sending device, it sends the video content to the recipient or other devices, thereby enabling their access to the stream. This occurs without the sending and recipient or other devices having an end-to-end connection. Instead, the sending device and recipient or other devices are able to receive the video content through the YouTube Live architecture.<br><br><br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#youtube-live |



*Source:* https://www.youtube.com/watch?v=vEldXEcAbE0&list=PLpjK416fmKwT_ZFFR7t6w1X7CQb1-GTR8 (YouTube Creators Official YouTube Page)



*Source*: https://support.google.com/youtube/answer/9228389

As an additional example, during streams, YouTube Live segments the video media of the video message in that it sends the video media to the recipient devices while receiving stream video from the sending device. YouTube Live uses RTMP (and other similar technologies) to segment the video media. RTMP relies on a technique called "chunking" where a given video message is segmented into chucks, which may vary in size, and then the individual chunks are transmitted. Hence, YouTube Live delivers the sending device's video content to the recipient or other devices, and YouTube Live does so while the sending device continues to transmit additional video content to YouTube Live.

Claim Chart for U.S. Patent No. 11,146,516
**Exhibit H**

| | |
|---|---|
| | ### YouTube Live Streaming Ingestion Protocol Comparison<br><br>YouTube Live Streaming supports the following ingestion protocols for third-party clients:<br><br>| Ingestion Protocol | Encrypted | Video Codecs Supported | Comment |<br>|---|---|---|---|<br>| RTMP | No | H.264 | Suitable for normal, low, or ultra-low latency live streaming. |<br>| RTMPS | Yes | H.264 | Suitable for normal, low, or ultra-low latency live streaming. |<br>| HLS | Yes | H.264, H.265 (HEVC) | Better for 4K resolution because of HEVC support. Supports HDR. Not suitable for ultra-low latency. |<br>| DASH | Yes | H.264, VP9 | Better for 4K resolution because of VP9 support. Not suitable for ultra-low latency. |<br><br>*Real Time Messaging Protocol (RTMPS)* is a widely-used protocol for video streaming that YouTube Live has accepted since the service began.<br><br>*Real Time Messaging Protocol Secure (RTMPS)* is a secure extension to RTMP. RTMPS benefits both content creators and viewers by preventing man-in-the-middle attacks on the ingestion side of livestreams. This ensures that all of a creator's live streaming data—including video, audio, and control signals—is securely transmitted to YouTube's servers, protecting it from tampering or interception in transit.<br><br>The *HTTP Live Streaming (HLS)* and *Dynamic Adaptive Streaming over HTTP (DASH)* ingestion protocols are also encrypted, like RTMPS. They also support codecs that RTMP and RTMPS don't. Next-generation video codecs such as VP9 and *High Efficiency Video Coding (HEVC)* can offer much better compression relative to H.264, allowing users to either stream with higher quality for a given bitrate or stream with the same quality while using a lower bitrate, which could decrease buffering. This makes HLS or DASH ingestion a good choice for premium content that requires higher quality and higher resolution, albeit at a relatively higher latency. Note that HLS and DASH ingestion typically incur greater latency than RTMP because HLS and DASH are segment-based.<br><br>*Source*: https://developers.google.com/youtube/v3/live/guides/ingestion-protocol-comparison<br><br>```<br>1. Introduction<br><br>   Adobe's Real Time Messaging Protocol (RTMP) provides a bidirectional<br>   message multiplex service over a reliable stream transport, such as<br>   TCP [RFC0793], intended to carry parallel streams of video, audio,<br>   and data messages, with associated timing information, between a pair<br>   of communicating peers.  Implementations typically assign different<br>   priorities to different classes of messages, which can effect the<br>   order in which messages are enqueued to the underlying stream<br>   transport when transport capacity is constrained.<br><br>   This memo describes the syntax and operation of the Real Time<br>   Messaging Protocol.<br>```<br>\*\*\* |

15

Claim Chart for U.S. Patent No. 11,146,516
**Exhibit H**

|  | ```
Message stream:  A logical channel of communication in which messages
   flow.
Message stream ID:  Each message has an ID associated with it to
   identify the message stream in which it is flowing.
Chunk:  A fragment of a message.  The messages are broken into
   smaller parts and interleaved before they are sent over the
   network.  The chunks ensure timestamp-ordered end-to-end delivery
   of all messages, across multiple streams.
Chunk stream:  A logical channel of communication that allows flow of
   chunks in a particular direction.  The chunk stream can travel
   from the client to the server and reverse.
Chunk stream ID:  Every chunk has an ID associated with it to
   identify the chunk stream in which it is flowing.
Multiplexing:  Process of making separate audio/video data into one
   coherent audio/video stream, making it possible to transmit
   several video and audio simultaneously.
DeMultiplexing:  Reverse process of multiplexing, in which
   interleaved audio and video data are assembled to form the
   original audio and video data.
```  ***  ```
5. RTMP Chunk Stream

   This section specifies the Real Time Messaging Protocol Chunk Stream
   (RTMP Chunk Stream).  It provides multiplexing and packetizing
   services for a higher-level multimedia stream protocol.

   While RTMP Chunk Stream was designed to work with the Real Time
   Messaging Protocol (Section 6), it can handle any protocol that sends
   a stream of messages.  Each message contains timestamp and payload
   type identification.  RTMP Chunk Stream and RTMP together are
   suitable for a wide variety of audio-video applications, from one-to-
   one and one-to-many live broadcasting to video-on-demand services to
   interactive conferencing applications.

   When used with a reliable transport protocol such as TCP [RFC0793],
   RTMP Chunk Stream provides guaranteed timestamp-ordered end-to-end
   delivery of all messages, across multiple streams.  RTMP Chunk Stream
   does not provide any prioritization or similar forms of control, but
   can be used by higher-level protocols to provide such prioritization.
   For example, a live video server might choose to drop video messages
   for a slow client to ensure that audio messages are received in a
   timely fashion, based on either the time to send or the time to
   acknowledge each message.

   RTMP Chunk Stream includes its own in-band protocol control messages,
   and also offers a mechanism for the higher-level protocol to embed
   user control messages.
```  ***  ```
5.3. Chunking

   After handshaking, the connection multiplexes one or more chunk
   streams.  Each chunk stream carries messages of one type from one
   message stream.  Each chunk that is created has a unique ID
   associated with it called chunk stream ID.  The chunks are
   transmitted over the network.  While transmitting, each chunk must be
   sent in full before the next chunk.  At the receiver end, the chunks
   are assembled into messages based on the chunk stream ID.

   Chunking allows large messages at the higher-level protocol to be
   broken into smaller messages, for example to prevent large low-
   priority messages (such as video) from blocking smaller high-priority
   messages (such as audio or control).

   Chunking also allows small messages to be sent with less overhead, as
   the chunk header contains a compressed representation of information
   that would otherwise have to be included in the message itself.

   The chunk size is configurable.  It can be set using a Set Chunk Size
   control message (Section 5.4.1).  Larger chunk sizes reduce CPU
   usage, but also commit to larger writes that can delay other content
   on lower bandwidth connections.  Smaller chunks are not good for high
   bit rate streaming.  Chunk size is maintained independently for each
   direction.
```  *Source*: https://rtmp.veriskope.com/pdf/rtmp_specification_1.0.pdf |  |

16

Claim Chart for U.S. Patent No. 11,146,516
**Exhibit H**

| | |
|---|---|
| | As a further example, YouTube Live permits storage of YouTube Live content, including through archived storage and on CDNs.<br><br><br><br>*Source*: https://support.google.com/youtube/answer/6247592<br><br>*Source*: https://www.networkworld.com/article/970992/google-cloud-launches-media-cdn-based-on-youtube-s-network.html |

17

Claim Chart for U.S. Patent No. 11,146,516
**Exhibit H**

|  |  |
|---|---|
|  | *Source*: https://blog.cubieserver.de/2020/investigations-into-video-streaming/report1-analysis-of-youtube-cdn.pdf <br><br> *See also* https://cloud.google.com/cdn?hl=en |

18