# EXHIBIT I

**Claim Chart for U.S. Patent No. 11,777,883**
<u>Exhibit I</u>

| Claim Limitation | Exemplary Evidence |
|---|---|
| [1pre] 1. A method comprising: | Google provides a method.<br><br>For example, Google provides the method described in the limitations below. |
| [1a] maintaining a communication infrastructure on a network; | Google maintains a communication infrastructure on a network.<br><br>For example, Google operates YouTube and YouTube Live, which allow creators to reach and interact with their community in real time, via "webcam, mobile, encoder, and console."<br><br>*Source*: https://support.google.com/youtube/answer/2474026<br><br>*Source*: https://developers.google.com/youtube/v3/live/life-of-a-broadcast<br><br>*Source*: https://support.google.com/youtube/answer/15270973<br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#youtube-live<br><br><br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/ |

**Claim Chart for U.S. Patent No. 11,777,883**
<u>Exhibit I</u>

Our browsing destination YouTube Live is where viewers can always find the most compelling live events happening on YouTube. Viewers can also subscribe to their favorite YouTube live-streaming channels to be notified of upcoming live streams and Premieres.



**Discover YouTube Live:** The Live destination gives viewers access to live streams for some popular content categories like Gaming, Music, Fashion & Beauty, Learning and more – all in one place.

*Source:* https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#discovering-live-content

2

**Claim Chart for U.S. Patent No. 11,777,883**
<u>**Exhibit I**</u>



*Source*: https://support.google.com/youtube/answer/9228389

**Claim Chart for U.S. Patent No. 11,777,883**
<u>**Exhibit I**</u>



*Source*: YouTube App iOS App Store.

4

**Claim Chart for U.S. Patent No. 11,777,883**
<u>Exhibit I</u>

| | |
|---|---|
| [1b] receiving, at the communication infrastructure, information from a first client device used by an initiating participant, the information for forwarding video media of a video message, the video message initiating a multi-media conversation, | Google receives, at the communication infrastructure, information from a first client device used by an initiating participant, the information for forwarding video media of a video message, the video message initiating a multi-media conversation.

For example, YouTube Live receives—from over a network such as the Internet and from users of various device types (*e.g.*, mobile, tablet, laptop, desktop) and operating systems (*e.g.*, iOS, Android, Mac, Windows)—video content and information about users or groups of users (*e.g.*, a sending user's followers/subscribers/other identified users) that can view a YouTube Live stream from a first device. Information about users can include names, email addresses, or other identifiers, enabling users to attend a YouTube Live stream that includes a multi-media conversation.



**PRODUCT FEATURES**

# YouTube Live Streaming & Premieres

Overview

**YouTube Live**

YouTube Premieres

Live chat moderation tools

Monetization

Discovering live content

YouTube Live is an easy way for Creators to reach their community in real time. Whether streaming an event, teaching a class, or hosting a workshop, YouTube has tools that will help manage live streams and interact with viewers in real time.

Creators can live stream on YouTube via webcam, mobile, and encoder streaming. Webcam and mobile are considered great options for beginners and allow Creators to go live quickly. Encoder streaming is ideal for more advanced live streams such as: sharing creator's screen or broadcast your gameplay, connecting to external audio and video hardware, and managing an advanced live stream production (like multiple cameras and microphones).

*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#youtube-live |

**Claim Chart for U.S. Patent No. 11,777,883**
<u>Exhibit I</u>



*Source*: https://support.google.com/youtube/answer/9228389

6

**Claim Chart for U.S. Patent No. 11,777,883**
<u>**Exhibit I**</u>



*Source:*
https://www.youtube.com/watch?v=vEldXEcAbE0&list=PLpjK416fmKwT_ZFFR7t6w1X7CQb1-GTR8 (YouTube Creators Official YouTube Page)

**Claim Chart for U.S. Patent No. 11,777,883**
<u>**Exhibit I**</u>



*Source*: https://support.google.com/youtube/answer/157177

| [1c] using the information at the communication infrastructure for forwarding the video message by: (i) ascertaining second participants for participation in the multi-media conversation using the information; (ii) providing notifications to | Google uses the information at the communication infrastructure for forwarding the video message by: (i) ascertaining second participants for participation in the multi-media conversation using the information; (ii) providing notifications to second client devices located on the network and associated with one or more of the second participants respectively; and (iii) streaming, by the communication infrastructure, at least portions of the video media of the video message to one or more of the second client devices as the video media of the video message is streamed by the first client device. |
|---|---|
| | For example, YouTube Live ascertains other participants based on information provided by the first device, such as through YouTube Live storing information about users or storing information helpful in ascertaining users. Once ascertained, YouTube Live sends notifications to the second or other devices associated with other participants. As well, YouTube Live delivers the first device's video to second or |

**Claim Chart for U.S. Patent No. 11,777,883**
<u>Exhibit I</u>

| | |
|---|---|
| second client devices located on the network and associated with one or more of the second participants respectively; and (iii) streaming, by the communication infrastructure, at least portions of the video media of the video message to one or more of the second client devices as the video media of the video message is streamed by the first client device, and stored by the communication infrastructure, | other devices at their location on the network, and YouTube Live does so while the first device continues to create and transmit additional video content to YouTube Live.<br><br>**PRODUCT FEATURES**<br><br># YouTube Live Streaming & Premieres <br><br>Overview<br>**YouTube Live**<br>YouTube Premieres<br>Live chat moderation tools<br>Monetization<br>Discovering live content<br><br>YouTube Live is an easy way for Creators to reach their community in real time. Whether streaming an event, teaching a class, or hosting a workshop, YouTube has tools that will help manage live streams and interact with viewers in real time.<br><br>Creators can live stream on YouTube via webcam, mobile, and encoder streaming. Webcam and mobile are considered great options for beginners and allow Creators to go live quickly. Encoder streaming is ideal for more advanced live streams such as: sharing creator's screen or broadcast your gameplay, connecting to external audio and video hardware, and managing an advanced live stream production (like multiple cameras and microphones).<br><br>*Source:* https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#youtube-live |

**Claim Chart for U.S. Patent No. 11,777,883**
<u>**Exhibit I**</u>



*Source*: https://support.google.com/youtube/answer/9228389

10

**Claim Chart for U.S. Patent No. 11,777,883**
<u>**Exhibit I**</u>



*Source:*
https://www.youtube.com/watch?v=vEldXEcAbE0&list=PLpjK416fmKwT_ZFFR7t6w1X7CQb1-GTR8 (YouTube Creators Official YouTube Page)

11

**Claim Chart for U.S. Patent No. 11,777,883**
**<u>Exhibit I</u>**



*Source*: https://support.google.com/youtube/answer/157177

As another example, YouTube Live permits storage of YouTube Live content, including through archived storage and on CDNs.

12

**Claim Chart for U.S. Patent No. 11,777,883**
<u>**Exhibit I**</u>



*Source:* https://support.google.com/youtube/answer/6247592

*Source:* https://www.networkworld.com/article/970992/google-cloud-launches-media-cdn-based-on-youtube-s-network.html

**Claim Chart for U.S. Patent No. 11,777,883**
<u>Exhibit I</u>

<table>
<tr>
<td></td>
<td>

## An analysis of the YouTube CDN

Max Crone

max.crone@aalto.fi

Jack Henschel

jack.henschel@aalto.fi

*Abstract*—This report is a research into the video distribution and caching strategies employed by YouTube. We collect data from multiple continents for a multitude of videos. Our analyses find geolocations of cache servers used by YouTube, measure their performance and interpret the cache host names. Our data did not support any clear strategy based on time of the week or region, with the exception of the case for uploading a video, in which the region of upload had a clear advantage for the first hour after publishing compared to other regions. We conclude by formulating our expectation that the distribution and caching in YouTube's infrastructure is currently largely governed by machine learning models and therefore our research could not find a clearly discernible strategy.

*Index Terms*—video, distribution, cdn, youtube

### I. INTRODUCTION

In this report we formulate hypotheses on the strategies employed by YouTube in their distribution and caching of videos around the world, based on the data we will collect from different geographical vantage points. The intention of this research is to gain an understanding of the infrastructure



Fig. 1. High-level overview of YouTube video streaming

*Source*: https://blog.cubieserver.de/2020/investigations-into-video-streaming/report1-analysis-of-youtube-cdn.pdf

*See also* https://cloud.google.com/cdn?hl=en

</td>
</tr>
<tr>
<td>

[1d] the streaming of the video media of the video message by the communication infrastructure enabling the one or more second client devices to render the at least portions of the video media of the video message in a real-time mode: (a) while the video media of the video

</td>
<td>

Google enables the one or more second client devices to render the at least portions of the video media of the video message in a real-time mode: (a) while the video media of the video message is streamed by the first client device; and (b) without first setting up an end-to-end connection over the network between the first client device and any of the one or more second client devices respectively.

For example, YouTube Live delivers the first device's video content to second or other devices at their location on the network, and YouTube Live does so while the first device continues to create and transmit additional video content to YouTube Live. As a further example, YouTube Live does not require an end-to-end connection. Instead, the second or other devices are able to receive the video content through the YouTube Live architecture.

*Source*: https://support.google.com/youtube/answer/2474026

</td>
</tr>
</table>

**Claim Chart for U.S. Patent No. 11,777,883**
<u>Exhibit I</u>

| | |
|---|---|
| message is streamed by the first client device; and (b) without first setting up an end-to-end connection over the network between the first client device and any of the one or more second client devices respectively; and | *Source:* https://developers.google.com/youtube/v3/live/life-of-a-broadcast<br><br>*Source:* https://support.google.com/youtube/answer/15270973<br><br>## Create a live stream via webcam<br>Webcam is an easy way to go live using your computer, without the need for live streaming encoding software.<br><br><br><br>*Source:* https://support.google.com/youtube/answer/9228389 |
| [1e] enabling the one or more second participants that have joined the multi-media conversation, during the rendering of the video media of the video message in the real-time | Google enables the one or more second participants that have joined the multi-media conversation, during the rendering of the video media of the video message in the real-time mode, to: (i) selectively add to the multi-media conversation one or more additional messages that are generated in response the video message; and (ii) render the one or more additional messages that are generated in response with the video message. |

**Claim Chart for U.S. Patent No. 11,777,883**
<u>**Exhibit I**</u>

| | |
|---|---|
| mode, to: (i) selectively add to the multi-media conversation one or more additional messages that are generated in response the video message; and (ii) render the one or more additional messages that are generated in response with the video message. | For example, participants to a YouTube Live stream can perform various functions, including, but not limited to, creating and participating in group chats within the stream.<br><br> |

**Claim Chart for U.S. Patent No. 11,777,883**
<u>Exhibit I</u>



*Source*: https://support.google.com/youtube/answer/2524549

**Claim Chart for U.S. Patent No. 11,777,883**
<u>**Exhibit I**</u>



*Source:* Gil's Arena Live Stream, March 5, 2025 (https://www.youtube.com/watch?v=WKI1pXtDviA)

18