# EXHIBIT J

**Claim Chart for U.S. Patent No. 11,658,929**
**Exhibit J**

| Claim Limitation | Exemplary Evidence |
|---|---|
| [1pre] 1. A method, comprising: | Google provides a method.<br><br>For example, Google provides the method described in the limitations below. |
| [1a] deploying a communication infrastructure including a plurality of servers on a network, the communication infrastructure enabling participation in a multi-media messaging conversation by: | Google deploys a communication infrastructure including a plurality of servers on a network, the communication infrastructure enabling participation in a multi-media messaging conversation.<br><br>For example, Google operates YouTube and YouTube Live, which allow creators to reach and interact with their community in real time, via "webcam, mobile, encoder, and console."<br><br>*Source*: https://support.google.com/youtube/answer/2474026<br><br>*Source*: https://developers.google.com/youtube/v3/live/life-of-a-broadcast<br><br>*Source*: https://support.google.com/youtube/answer/15270973<br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#youtube-live |

**Claim Chart for U.S. Patent No. 11,658,929**
<u>Exhibit J</u>

PRODUCT FEATURES

# YouTube Live Streaming & Premieres



<u>Overview</u>

YouTube Live

YouTube Premieres

Live chat moderation tools

Monetization

Discovering live content

Every day, people from around the world come to YouTube to experience the world's biggest cultural moments. Whether hosting a live charity event, a town hall or a press conference about breaking news, YouTube Live and Premieres allow Creators to bring viewers together in real-time to learn, discuss and to form new social communities.

*Source:* [https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/](https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/)

**Claim Chart for U.S. Patent No. 11,658,929**
<u>**Exhibit J**</u>

Our browsing destination <u>YouTube Live</u> is where viewers can always find the most compelling live events happening on YouTube. Viewers can also subscribe to their favorite YouTube live-streaming channels to be notified of upcoming live streams and Premieres.



**Discover YouTube Live:** The Live destination gives viewers access to live streams for some popular content categories like Gaming, Music, Fashion & Beauty, Learning and more – all in one place.

*Source:* <u>https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#discovering-live-content</u>

3

**Claim Chart for U.S. Patent No. 11,658,929**
<u>**Exhibit J**</u>



*Source*: https://support.google.com/youtube/answer/9228389

4

**Claim Chart for U.S. Patent No. 11,658,929**
<u>Exhibit J</u>



*Source*: YouTube App iOS App Store.

5

**Claim Chart for U.S. Patent No. 11,658,929**
**Exhibit J**

| | |
|---|---|
| [1b] (a) receiving, at the communication infrastructure, information from a first device associated with a first user, the information usable by the communication infrastructure for determining and notifying one or more second users of the communication infrastructure of a video message streamed by the first device to the communication infrastructure; | Google receives at the communication infrastructure, information from a first device associated with a first user, the information usable by the communication infrastructure for determining and notifying one or more second users of the communication infrastructure of a video message streamed by the first device to the communication infrastructure.<br><br>For example, YouTube Live receives—from over a network such as the Internet and from users of various device types (*e.g.*, mobile, tablet, laptop, desktop) and operating systems (*e.g.*, iOS, Android, Mac, Windows)—video content and information about users or groups of users (*e.g.*, a sending user's followers/subscribers/other identified users) that can view a YouTube Live stream from a first device. Information about users can include names, email addresses, or other identifiers, and YouTube Live delivers the first device's video to second or other devices at their location on the network based on information provided to YouTube Live by the first device, thereby creating a multi-media conversation.<br><br><br><br>PRODUCT FEATURES<br><br>**YouTube Live Streaming & Premieres**<br><br>Overview<br>**YouTube Live**<br>YouTube Premieres<br>Live chat moderation tools<br>Monetization<br>Discovering live content<br><br>YouTube Live is an easy way for Creators to reach their community in real time. Whether streaming an event, teaching a class, or hosting a workshop, YouTube has tools that will help manage live streams and interact with viewers in real time.<br><br>Creators can live stream on YouTube via webcam, mobile, and encoder streaming. Webcam and mobile are considered great options for beginners and allow Creators to go live quickly. Encoder streaming is ideal for more advanced live streams such as: sharing creator's screen or broadcast your gameplay, connecting to external audio and video hardware, and managing an advanced live stream production (like multiple cameras and microphones).<br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#youtube-live |

**Claim Chart for U.S. Patent No. 11,658,929**
<u>**Exhibit J**</u>



*Source*: https://support.google.com/youtube/answer/9228389

7

**Claim Chart for U.S. Patent No. 11,658,929**
<u>**Exhibit J**</u>



*Source:*
https://www.youtube.com/watch?v=vEldXEcAbE0&list=PLpjK416fmKwT_ZFFR7t6w1X7CQb1-GTR8 (YouTube Creators Official YouTube Page)

**Claim Chart for U.S. Patent No. 11,658,929**

**<u>Exhibit J</u>**



*Source:* https://support.google.com/youtube/answer/157177

| | |
|---|---|
| [1c] (b) ascertaining one or more second devices associated with the one or more second users and providing the notification of the video message to the one or more second users respectively; | Google ascertains ascertaining one or more second devices associated with the one or more second users and providing the notification of the video message to the one or more second users respectively.<br><br>For example, YouTube Live ascertains second or other devices based on information provided by the first device, such as through YouTube Live storing information about users or storing information helpful in ascertaining users. Once ascertained, YouTube Live sends notifications to the second or other devices associated with other users. As well, YouTube Live delivers the first device's video to second or other devices at their location on the network, and YouTube Live does so while the first device continues to create and transmit additional video content to YouTube Live. |

**Claim Chart for U.S. Patent No. 11,658,929**

<u>Exhibit J</u>



*Source:*
https://www.youtube.com/watch?v=vEldXEcAbE0&list=PLpjK416fmKwT_ZFFR7t6w1X7CQb1-GTR8 (YouTube Creators Official YouTube Page)

**Claim Chart for U.S. Patent No. 11,658,929**

**Exhibit J**

| | |
|---|---|
| [1d] (c) streaming, via the communication infrastructure, at least portions of video media of the video message to one or more of the second devices as the first device is streaming the video media of the video message to the communication infrastructure; | Google streams, via the communication infrastructure, at least portions of video media of the video message to one or more of the second devices as the first device is streaming the video media of the video message to the communication infrastructure.<br><br>For example, YouTube Live receives—from over a network such as the Internet and from users of various device types (*e.g.*, mobile, tablet, laptop, desktop) and operating systems (*e.g.*, iOS, Android, Mac, Windows)—video content and information about users or groups of users (*e.g.*, a sending user's followers/subscribers/other identified users) that can view a YouTube Live stream from a first device. YouTube Live delivers the first device's video to second or other devices at their location on the network based on information provided to YouTube Live by the first device, and YouTube Live does so while the first device continues to create and transmit additional video content to YouTube Live.<br><br>PRODUCT FEATURES<br><br>**YouTube Live Streaming & Premieres**<br><br><br>Overview<br><br>**YouTube Live**<br><br>YouTube Premieres<br><br>Live chat moderation tools<br><br>Monetization<br><br>Discovering live content<br><br>YouTube Live is an easy way for Creators to reach their community in real time. Whether streaming an event, teaching a class, or hosting a workshop, YouTube has tools that will help manage live streams and interact with viewers in real time.<br><br>Creators can live stream on YouTube via webcam, mobile, and encoder streaming. Webcam and mobile are considered great options for beginners and allow Creators to go live quickly. Encoder streaming is ideal for more advanced live streams such as: sharing creator's screen or broadcast your gameplay, connecting to external audio and video hardware, and managing an advanced live stream production (like multiple cameras and microphones).<br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#youtube-live |

**Claim Chart for U.S. Patent No. 11,658,929**

**Exhibit J**



*Source*: https://support.google.com/youtube/answer/9228389

**Claim Chart for U.S. Patent No. 11,658,929**

**Exhibit J**



*Source:*
https://www.youtube.com/watch?v=vEldXEcAbE0&list=PLpjK416fmKwT_ZFFR7t6w1X7CQb1-GTR8 (YouTube Creators Official YouTube Page)

| [1e] (d) enabling one or more of the second users to | Google enables one or more of the second users to selectively render at least portions of the video media of the video message in a real-time mode on the one or more second devices without having to |
|---|---|

**Claim Chart for U.S. Patent No. 11,658,929**

**<u>Exhibit J</u>**

| | |
|---|---|
| selectively render at least portions of the video media of the video message in a real-time mode on the one or more second devices without having to first establish an end-to-end connection over the network between the first device and any of the second devices respectively; | first establish an end-to-end connection over the network between the first device and any of the second devices respectively. <br><br> For example, YouTube Live delivers the first device's video content to second or other devices at their location on the network, and YouTube Live does so while the first device continues to create and transmit additional video content to YouTube Live. As a further example, YouTube Live does not require an end-to-end connection. Instead, second or other devices are able to receive and render the video content through the YouTube Live architecture as the first device is still streaming. <br><br> *Source*: https://support.google.com/youtube/answer/2474026 <br><br> *Source*: https://developers.google.com/youtube/v3/live/life-of-a-broadcast <br><br> *Source*: https://support.google.com/youtube/answer/15270973 |

**Claim Chart for U.S. Patent No. 11,658,929**

**Exhibit J**



*Source*: https://support.google.com/youtube/answer/9228389

| | |
|---|---|
| [1f] (e) enabling the first user and the one or more second users to selectively contribute one or more additional messages to the multi-media messaging conversation; | Google enables the first user and the one or more second users to selectively contribute one or more additional messages to the multi-media messaging conversation.<br><br>For example, participants to a YouTube Live stream can perform various functions, including, but not limited to, creating and participating in group chats within the stream. |

15

**Claim Chart for U.S. Patent No. 11,658,929**
<u>**Exhibit J**</u>



**Claim Chart for U.S. Patent No. 11,658,929**

**Exhibit J**



*Source*: https://support.google.com/youtube/answer/2524549

## Claim Chart for U.S. Patent No. 11,658,929
### Exhibit J



*Source:* Gil's Arena Live Stream, March 5, 2025
([https://www.youtube.com/watch?v=WKI1pXtDviA](https://www.youtube.com/watch?v=WKI1pXtDviA))

| | |
|---|---|
| [1g] (f) assembling the one or more additional messages into a string of messages; | Google assembles the one or more additional messages into a string of messages.<br><br>For example, once a chat is started during a YouTube Live stream, participants can respond and reply to each other through the chat. |

**Claim Chart for U.S. Patent No. 11,658,929**
<u>Exhibit J</u>



**Claim Chart for U.S. Patent No. 11,658,929**

<u>Exhibit J</u>



*Source*: https://support.google.com/youtube/answer/2524549

**Claim Chart for U.S. Patent No. 11,658,929**

**Exhibit J**



*Source:* Gil's Arena Live Stream, March 5, 2025
([https://www.youtube.com/watch?v=WKI1pXtDviA](https://www.youtube.com/watch?v=WKI1pXtDviA))

| [1h] (h) associating the video message and the string of messages; and | Google associates the video message and the string of messages. |
| --- | --- |
| | For example, in a YouTube Live stream, participants can begin a conversation by starting a chat in response to topics discussed in the stream. Once a chat is created, other participants will be able to see the messages and communicate via chat. |

### Claim Chart for U.S. Patent No. 11,658,929
<u>Exhibit J</u>

<table>
<tr>
<td></td>
<td>



*Source:* Gil's Arena Live Stream, March 5, 2025
(https://www.youtube.com/watch?v=WKI1pXtDviA)

</td>
</tr>
<tr>
<td>

[1i] (i) enabling the participation in the multi-media messaging conversation by enabling the one or more second users to selectively render the video message in the real-time mode or a time-shifted mode and enabling the first user and the one or more second users to selectively render or contribute to the one or more additional messages

</td>
<td>

Google enables enabling the participation in the multi-media messaging conversation by enabling the one or more second users to selectively render the video message in the real-time mode or a time-shifted mode and enabling the first user and the one or more second users to selectively render or contribute to the one or more additional messages assembled into the string of messages.

For example, YouTube Live enables users to participate in the YouTube Live stream in real time. YouTube Live delivers the first device's video content to a second and other devices at their location on the network, and YouTube Live does so while the first device continues to transmit additional video content to YouTube Live.

</td>
</tr>
</table>

**Claim Chart for U.S. Patent No. 11,658,929**

<u>**Exhibit J**</u>

| assembled into the string of messages. | PRODUCT FEATURES<br><br># YouTube Live Streaming & Premieres <br><br>Overview<br><br><u>YouTube Live</u><br><br>YouTube Premieres<br><br>Live chat moderation tools<br><br>Monetization<br><br>Discovering live content<br><br>YouTube Live is an easy way for Creators to reach their community in real time. Whether streaming an event, teaching a class, or hosting a workshop, YouTube has tools that will help manage live streams and interact with viewers in real time.<br><br>Creators can live stream on YouTube via <u>webcam</u>, <u>mobile</u>, and <u>encoder streaming</u>. Webcam and mobile are considered great options for beginners and allow Creators to go live quickly. Encoder streaming is ideal for more advanced live streams such as: sharing creator's screen or broadcast your gameplay, connecting to external audio and video hardware, and managing an advanced live stream production (like multiple cameras and microphones).<br><br>*Source*: https://www.youtube.com/intl/ALL_us/howyoutubeworks/product-features/live/#youtube-live |

23

**Claim Chart for U.S. Patent No. 11,658,929**

**Exhibit J**



*Source*: https://support.google.com/youtube/answer/9228389

**Claim Chart for U.S. Patent No. 11,658,929**
<u>Exhibit J</u>



*Source:*
https://www.youtube.com/watch?v=vEldXEcAbE0&list=PLpjK416fmKwT_ZFFR7t6w1X7CQb1-GTR8 (YouTube Creators Official YouTube Page)

**Claim Chart for U.S. Patent No. 11,658,929**

**Exhibit J**

| | |
|---|---|
| | YouTube Live also enables users to access the live stream at a later time. YouTube Live streams can be accessed at later times because YouTube Live permits storage of YouTube Live content, including through archived storage and on CDNs.



*Source:* https://support.google.com/youtube/answer/6247592



*Source:* https://www.networkworld.com/article/970992/google-cloud-launches-media-cdn-based-on-youtube-s-network.html |

**Claim Chart for U.S. Patent No. 11,658,929**
<u>**Exhibit J**</u>

## An analysis of the YouTube CDN

Max Crone                    Jack Henschel

max.crone@aalto.fi          jack.henschel@aalto.fi

*Abstract*—This report is a research into the video distribution and caching strategies employed by YouTube. We collect data from multiple continents for a multitude of videos. Our analyses find geolocations of cache servers used by YouTube, measure their performance and interpret the cache host names. Our data did not support any clear strategy based on time of the week or region, with the exception of the case for uploading a video, in which the region of upload had a clear advantage for the first hour after publishing compared to other regions. We conclude by formulating our expectation that the distribution and caching in YouTube's infrastructure is currently largely governed by machine learning models and therefore our research could not find a clearly discernible strategy.

*Index Terms*—video, distribution, cdn, youtube

### I. INTRODUCTION

In this report we formulate hypotheses on the strategies employed by YouTube in their distribution and caching of videos around the world, based on the data we will collect from different geographical vantage points. The intention of this research is to gain an understanding of the infrastructure



Fig. 1.  High-level overview of YouTube video streaming

*Source*: https://blog.cubieserver.de/2020/investigations-into-video-streaming/report1-analysis-of-youtube-cdn.pdf

*See also* https://cloud.google.com/cdn?hl=en

**Claim Chart for U.S. Patent No. 11,658,929**

<u>Exhibit J</u>



*Source:* https://www.youtube.com/channel/UC4R8DWoMoI7CAwX8_LjQHig/livetab?ss=CKIK

Another way for users to communicate during a YouTube Live stream is through the chat. The chat occurs at the same time as the live stream, that is, in real-time. Like live streams, participants can access the chat at later times.

### Claim Chart for U.S. Patent No. 11,658,929
### Exhibit J



*Source:* Gil's Arena Live Stream, March 5, 2025
(https://www.youtube.com/watch?v=WKI1pXtDviA)

**Claim Chart for U.S. Patent No. 11,658,929**

<u>Exhibit J</u>



*Source:* https://www.youtube.com/watch?v=XwZUDvKtVXU

**Claim Chart for U.S. Patent No. 11,658,929**

<u>Exhibit J</u>



*Source*: https://developers.google.com/youtube/v3/live/docs/liveChatMessages/list