# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOXER, INC. AND VOXER IP LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 25-873-GBW |
| v. | ) |
| | ) |
| GOOGLE, LLC AND YOUTUBE, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Google hereby provides notice pursuant to Local Rule 7.1.2(b) of a precedential opinion issued yesterday by the United States Court of Appeals for the Federal Circuit that is relevant to Google's pending motion to dismiss pursuant to 35 U.S.C. § 101. D.I. 13. In the attached decision, *US Patent No. 7,679,637 LLC v. Google LLC*, No. 24-1520 (Fed. Cir. Jan. 22, 2026), the Federal Circuit affirmed the decision of the district court in *US Patent No. 7,679,637 LLC v. Google LLC*, 713 F. Supp. 3d 1024 (W.D. Wash. 2024), which is cited in Google's opening and reply briefs. D.I. 14, at 9, 11; D.I. 24, at 6, 11.

OF COUNSEL:
Edward J. Bennett
Adam D. Harber
Andrew V. Trask
Christopher Yeager
Adam Pan
Anna E. Searle
Izzy Jensen Beaton
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington DC 20024
(202) 434-5000

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
RICHARDS LAYTON & FINGER
One Rodney Square
920 N King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendants Google LLC and YouTube LLC*

Dated: January 23, 2026